# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MARK RUFFIN**                                                                                    **PLAINTIFF**

**V.**                                                                **CAUSE NO. 3:17-CV-502-CWR-FKB**

**BILLY SOLLIE,**                                                                          **DEFENDANT**
*Lauderdale County Sheriff*

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge F. Keith Ball.[1] That Report recommends that this Court grant the motion to dismiss filed by Sollie.[2] Objections to that Report were due January 23, 2018. Ruffin has not made any objections.

Having fully reviewed the Report, the Court concludes that it is not clearly erroneous or contrary to law. Under Federal Rule of Civil Procedure 72, the Court will ADOPT the Report's recommendations and GRANT Sollie's motion to dismiss. This action will be DISMISSED WITHOUT PREJUDICE. A separate Final Judgment shall issue this day.

**SO ORDERED**, this the 25th day of April, 2018.

                                                                                s/ Carlton W. Reeves
                                                                                UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 5.
[2] *Id.* (discussing Docket No. 4).